## Ed BENNETT v. STATE.
No. 17001.

Court of Criminal Appeals of Texas.
Nov. 14, 1934.

Joe C. Luther, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft, a misdemeanor; penalty assessed at confinement in the county jail for a period of 135 days.

The complaint and information appear regular. The evidence heard upon the trial is not brought up for review. Nothing has been perceived in the record which would justify interference with the judgment or require further discussion.

The judgment is affirmed.

## R. F. BERAN v. STATE.
No. 16976.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

Joe J. Alsup, of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## Wedleth BISHOP v. STATE.
No. 17218.

Court of Criminal Appeals of Texas.
Oct. 10, 1934.

Walter Miller, of Belton, for appellant.

Lloyd W. Davidson, State's Atty, of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.